68 So.2d 921

**Ex parte Earl FIKES.**

2 Div. 325.

Supreme Court of Alabama.

June 22, 1953.

Sam Earl Hobbs and Hugh Mallory, Jr., Selma, for petitioner.

PER CURIAM.

Rule nisi denied, petition denied.

All the Justices concur.

68 So.2d 921

**W. R. FAIRCHILD v. Leon SIMPSON.**

6 Div. 448.

Supreme Court of Alabama.

April 23, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 922

**Ex parte C. J. FRANKLIN, Jr.**

6 Div. 596.

Supreme Court of Alabama.

June 4, 1953.

PER CURIAM.

Petition denied.

68 So.2d 922

**Evelyn M. FROST v. Roger B. FROST.**

6 Div. 443.

Supreme Court of Alabama.

April 21, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 922

**Charles W. GREER v. Francis H. HARE.**

**Robert I. INGALLS, Jr. v. Francis HARE.**

6 Div. 542, 543.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Appeal and petition dismissed by agreement.

68 So.2d 922

**Ex parte Francis H. HARE.**

6 Div. 556.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Petition dismissed by agreement.